ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 2 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

DONGGUAN PRESTIGE SPORTING )
PRODUCTS CO., LTD, a Chinese )
Company )
    )
    Plaintiff, )
    )
    v. )
    )
MERITS CO. LTD, a Chinese company, )
and MERITS HEALTH PRODUCTS, )
INC., a Florida corporation )
    )
    Defendants. )
    )

CIVIL ACTION NO.

# 1:14-CV-3399

**JURY TRIAL DEMANDED**

## VERIFIED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Dongguan Prestige Sporting Products Co., LLC, through its undersigned counsel, ("DPSP") files this its Verified Complaint against Defendants Merits Co. Ltd. ("Merits-China") and Merits Health Products, Inc. ("Merits-US"), showing this Honorable Court as follows.

### NATURE OF THE ACTION

1.

This is an action for patent infringement, arising out of Defendants' infringement of a U.S. patent relating to the art of foldable seat apparatus for personal motorized vehicles. Specifically, this Complaint asserts claims against

9074253 v1

Defendants arising from their infringement of various claims in U.S. Patent No. 8,720,995, issued on May 13, 2014, and entitled "FOLDABLE SEAT RACK" (the "'995 Patent"). [A true and correct copy of the '995 Patent is attached hereto as Exhibit A.]

### THE PARTIES

2.

Plaintiff is a limited company, organized and existing under the laws of the People's Republic of China with its principal place of business in Dongguan City, Guangdong Province, China. DPSP is an innovator regarding foldable designs for the personal mobility market and a member of the Solax Group, a comprehensive manufacturing and distribution group with over 1500 employees and 7 factories in the Dongguan area of South China.

3.

Upon information and belief, Defendant Merits-China is a company organized and existing under the laws of China. Upon further information and belief, Merits-China's principal place of business is located at No.18, Jingke Road, T.P.M.T Park, Nantun District, Taichung 40852, Taiwan, R.O.C.

4.

Upon information and belief, Defendant Merits-US is a corporation organized and existing under the laws of Florida.  Upon further information and belief, Merits-US's principal place of business is located at 730 NE 19th Place, Cape Coral, FL.  Merits-US may be served through its registered agent for service of process, Scott Morris, 3501 Del Prado Blvd. South, Ste. 303, Cape Coral, FL 33904.

## JURISDICTION AND VENUE

5.

This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and/or 1338.

6.

This Court has personal jurisdiction over the Defendants.  Defendants, upon information and belief and acting in concert, have caused at least the use and offer for sale in this District of an apparatus that infringes at least one claim of the '995 Patent.  In particular, upon information and belief, Defendant Merits-China has imported into the United States an apparatus that infringes at least one claim of the '995 Patent for display at the 2014 Medtrade Conference and Expo in Atlanta, Georgia ("2014 Medtrade trade show").  [A true and correct copy of the exhibitor

list for the 2014 Medtrade trade show, showing Merits-China as an exhibitor, is attached hereto as Exhibit B],  Further, upon information and belief, Defendant Merits-US has used and/or offered for sale an apparatus that infringes at least one claim of the '995 Patent at the 2014 Medtrade trade show.

7.

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and/or 1400.

**OPERATIVE FACTS**

8.

DPSP invests heavily in research and development, protecting its innovations, and enforcing its intellectual property rights.  The key to DPSP's marketing strategy and plan for success is the ability to bring its new technology to the market first and exclusively.  Since 2011, DPSP has obtained four patents for mechanical designs/structures relating to foldable seats and frames for the personal mobility market. The USPTO published an additional patent application assigned to DPSP on August 28, 2014.

**THE PATENT-IN-SUIT**

9.

DPSP is the owner by assignment of all right, title, and interest in the '995 Patent.

10.

The '995 Patent issued from an application filed by DPSP in September 2011. The examiner assigned to this application located four relevant prior art references and, after reviewing those references, rejected the application based not upon anticipation or obviousness of the invention, but upon a formality in the wording of the claims that he believed rendered the claims indefinite. After DPSP's revising the claims to address the examiner's concern, the examiner allowed the application to issue as the '995 Patent.

11.

The '995 Patent describes a novel apparatus that enables a seat on a personal mobility device to be folded. While foldable personal mobility devices were well-known in the art, the invention described in the '995 Patent allows the seat structures to be folded, as well, thereby reducing significantly the size of the personal mobility device in its folded state.

12.

Claim 1 of the '995 Patent provides:

1.      A foldable seat rack for use with a body rack and a seat of a foldable motorized vehicle, comprising:

     (a)      main supporting rods;

     (b)      upper rods;

     (c)      lower rods;

(d)     a seat base;

(e)     hooks; and

(f)     an elastic element,

wherein lower ends of the main supporting rods are fixed on two sides of the body rack respectively when in use, lower ends of the upper rods are pivoted on upper ends of the main supporting rods respectively, upper ends of the upper rods are pivoted on two sides of a front end of the seat base respectively, lower ends of the lower rods are pivoted on middle portions of the main supporting rods respectively, upper ends of the lower rods are pivoted on two sides of a rear end of the seat base respectively, the hooks are fixed on the upper ends of the main supporting rods respectively, the seat base has a middle shaft, middle portions on two sides of the seat base are opened with slide slots, two ends of the middle shaft pass through the slide slots freely and are hooked by the hooks, one end of the elastic element is fixed on the front end of the seat base, and the other end of the elastic element is fixed on the middle shaft.

'995 Patent, Col. 5, l.7-Col. 6, l.9.

## THE INFRINGING PRODUCT

### 13.

The 2014 Medtrade trade show, occurring in Atlanta on October 20-23, is the largest home medical equipment exposition and conference in the United States. The show will showcase nearly 500 different exhibitors at the Georgia World Congress Center.

### 14.

On October 20 & 21, 2014, representatives of DPSP attended the 2014 Medtrade trade show in Atlanta, Georgia for the purpose of evaluating competitive scooters.

15.

While attending this show, the representatives had occasion to visit the booth of Defendants, where Defendants were advertising their products, including their S542 Portable Electric Folding Scooter (the "Accused Scooter").

16.

Defendants, within the United States, use, sell, and/or offer for sale personal mobility devices, including, but upon information and belief not limited to, the Accused Scooter.   In fact, Defendants' representative offered delivery of an Accused Scooter within a week to a DPSP representative.

17.

Defendant Merits-China, upon information and belief acting in concert with Defendant Merits-US, has caused the Accused Scooter to be imported into the United States.

18.

The Accused Scooter contains each limitation set forth in at least claim 1 of the '995 Patent. [A chart showing how the S542 practices each limitation of claim 1 of the '995 Patent is attached hereto as Exhibit C].




FIG. 5

*Shin Decl., Exhibits 11 & 13*                    *The '995 Patent, Fig. 5.*

### 19.

Defendants do not have a license or other authorization to practice the claims set forth in the '995 Patent.

### 20.

DPSP does not have an adequate remedy at law to fully compensate DPSP for Defendants' infringement of the '995 Patent.

### 21.

All conditions precedent to the assertion of the claims set forth in this Complaint have been satisfied or waived.

## COUNT ONE

### DEFENDANTS' INFRINGEMENT OF THE '995 PATENT

22.

DPSP incorporates by reference as if fully set forth herein the averments contained within Paragraphs 1-21, above.

23.

By reason of some or all of the foregoing, Defendants have infringed at least claim 1 of the '995 Patent.

24.

DPSP has suffered damages as the direct and proximate result of Defendants' infringement of the '995 Patent.

25.

The introduction of the Accused Scooter into the market has irreparably harmed DPSP's market position.

WHEREFORE, DPSP prays that this Court:

(1)    Enter a Temporary Restraining Order and a Preliminary Injunction in favor of DPSP and against Defendants, maintaining the *status quo ante* and prohibiting Defendants' conduct infringing the '995 Patent during the pendency of this action;

(2)     Enter judgment in favor of DPSP and against Defendants for infringement of claim 1 of the '995 Patent;

(3)     Award damages to DPSP in an amount to be proven at trial for infringement of the '995 Patent, pursuant to 35 U.S.C. § 284, including pre-judgment and post-judgment interest;

(4)     Enter a permanent injunction in favor of DPSP and against Defendants prohibiting Defendants' conduct infringing the '995 Patent;

(5)     This case be tried before a jury; and

(6)     DPSP have such other and further relief as the Court deems just and proper, premises considered.

This 22nd day of October, 2014.

Respectfully submitted,

/s/ Bryan G. Harrison

Bryan G. Harrison
Georgia Bar No. 331750
bgh@mmmlaw.com
John P. Fry
Georgia Bar No. 278705
jfry@mmmlaw.com
Tim Tingkang Xia
Georgia Bar No. 779609
ttx@mmmlaw.com
Jeffrey T. Breloski
Georgia Bar No. 858291
jbreloski@mmmlaw.com
Benjamin J. Warlick
Georgia Bar No. 594669
bwarlick@mmmlaw.com

MORRIS MANNING & MARTIN LLP
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

*Counsel for Dongguan Prestige Sporting Products Co., Ltd*

## **FONT CERTIFICATION**

The undersigned counsel for Plaintiff hereby certifies that the within and foregoing was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1.

/s/ Bryan G. Harrison
Bryan G. Harrison

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **DONGGUAN PRESTIGE SPORTING PRODUCTS CO., LTD, a Chinese Company** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO.** |
| **v.** | ) ) | |
| **MERITS CO. LTD, a Chinese company, and MERITS HEALTH PRODUCTS, INC., a Florida corporation** | ) ) ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) ) ) | |

## VERIFICATION

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Mr. Chichun Wu who, after first being duly sworn, states that he is the Chairman of Plaintiff, that he is authorized to make this Verification on its behalf, and that the allegations contained in this Verified Complaint are true and correct to the best of his knowledge and belief.

_Chichun Wu_
Chichun Wu

SWORN TO AND SUBSCRIBED
Before Me This 2nd day
of October, 2014.

_____
Notary Public
My commission expires: _____

- 13 -

# EXHIBIT A

US008720995B2

(12) **United States Patent**　　(10) **Patent No.:**　**US 8,720,995 B2**
Wu et al.　　(45) **Date of Patent:**　**May 13, 2014**

(54) **FOLDABLE SEAT RACK**

(75) Inventors: **Chichun Wu**, Dongguan (CN); **Zhao Zhang**, Dongguan (CN)

(73) Assignee: **Dongguan Prestige Sporting Products Co. Ltd**, Dongguan (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 315 days.

(21) Appl. No.: **13/233,972**

(22) Filed: **Sep. 15, 2011**

(65) **Prior Publication Data**

US 2012/0242117 A1　　Sep. 27, 2012

(30) **Foreign Application Priority Data**

Mar. 21, 2011　　(CN) ..................... 2011 2 0074796 U

(51) **Int. Cl.**
**B60N 2/10**　　(2006.01)
(52) **U.S. Cl.**
USPC ......................................................... **297/334**
(58) **Field of Classification Search**
USPC .................................... 297/331, 334
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 999,043 A | * | 7/1911 | Kunz | .......................... 297/334 |
| 2,298,450 A | * | 10/1942 | Baker | ..................... 297/183.1 |
| 2,411,125 A | * | 11/1946 | Borsheim | ................. 297/334 |
| 4,648,655 A | * | 3/1987 | Moorhouse | ................. 297/331 |

* cited by examiner

*Primary Examiner* — Milton Nelson, Jr.
(74) *Attorney, Agent, or Firm* — Morris Manning & Martin LLP; Tim Tingkang Xia, Esq.

(57) **ABSTRACT**

A foldable seat rack mountable between a body rack and a seat of a foldable motorized vehicle, includes main supporting rods, upper rods, lower rods, a seat base, hooks, and an elastic element. Main supporting rods are fixed on two sides of the body rack respectively. Upper rods are pivoted on upper ends of the main supporting rods respectively. Lower rods are pivoted on middle portions of main supporting rods and a rear end of seat base respectively. Hooks are fixed on the upper ends of the main supporting rods respectively. The foldable seat base has a middle shaft. Middle portions on two sides of the seat base are opened with slide slots. Two ends of the middle shaft pass through the slide slots freely and are hooked by hooks. An elastic element is placed between the front end of the seat base, and the middle shaft.

**5 Claims, 5 Drawing Sheets**

<u>100</u>





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



FIG. 5

US 8,720,995 B2

1

## FOLDABLE SEAT RACK

### CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority to and the benefit of, pursuant to 35 U.S.C. §119(a), Chinese Patent Application No. 201120074796.7, filed Mar. 21, 2011, which is incorporated herein by reference in its entirety.

### FIELD OF THE INVENTION

The present invention relates to a seat rack, and more particularly to a foldable seat rack for a foldable motorized vehicle.

### BACKGROUND OF THE INVENTION

With the improvement of living standards, the life philosophy of being distinctive, fashionable, healthy, and environmentally friendly becomes popular, and fashionable and environmentally friendly articles for daily use and vehicles are favored by more and more people. Motorized vehicles evolve from being only a means of transport to being a symbol of a fashionable and healthy lifestyle, and are a means for practicing environmental protection. A foldable motorized vehicle saves storage room and is convenient to carry, and is small in size and light in weight after being folded, which makes it convenient to carry it up and down stairs, into and out of an elevator, and into a bus or metro train. Furthermore, the foldable motorized vehicle has a good appearance, and shows exquisite workmanship, thereby making it top equipment of fashion people.

For conventional foldable motorized vehicles, the folding mode is rather simple. Generally, a folding mechanism is disposed between a front wheel steering rod and a body rack, and the front wheel steering rod and the body rack are folded through the folding mechanism. However, for this mode, the size is still large after folding, and the reason lies in that the whole folding bicycle is not folded in a height direction. Particularly, the seat of the electric bicycle is normally not foldable, and occupies the largest room, thereby making the effect achieved by folding not desirable. With the ever increasing needs for living space and convenient travel in respect of carrying, obviously use requirements of people cannot be met.

Therefore, a heretofore unaddressed need exists in the art to address the aforementioned deficiencies and inadequacies.

### SUMMARY OF THE INVENTION

The present invention provides a foldable seat rack with a novel frame and with a simple yet novel structure, which is convenient to fold and unfold.

The present invention, in one aspect, is related to a seat rack, which can unfold or fold a seat of a folding bicycle, save storage room, and facilitate carrying.

In one embodiment, the present invention provides a seat rack, which is mounted between a body rack and a seat, and includes main supporting rods, upper rods, lower rods, a seat base, hooks, and an elastic element, in which lower ends of the main supporting rods are fixed on two sides of the body rack respectively, lower ends of the upper rods are pivoted on upper ends of the main supporting rods respectively, upper ends of the upper rods are pivoted on two sides of a front end of the seat base respectively, lower ends of the lower rods are pivoted on middle portions of the main supporting rods

2

respectively, upper ends of the lower rods are pivoted on two sides of a rear end of the seat base respectively, the hooks are fixed on the upper ends of the main supporting rods respectively, the seat base has a middle shaft, middle portions on two sides of the seat base are opened with slide slots, two ends of the middle shaft pass through the slide slots freely and are hooked by the hooks, one end of the elastic element is fixed on the front end of the seat base, and the other end of the elastic element is fixed on the middle shaft.

Preferably, one side of an upper end of each of the hooks is opened with an opening facing backwards towards the seat, and the openings hook end portions of the middle shaft. As the seat base rotates to drive the middle shaft to rotate when the seat rack is being folded, the openings can prevent the middle shaft from rotating, thereby achieving a locking effect.

In one embodiment, the seat rack further includes a handle, one end of the handle is fixed on the middle shaft, and the other end of the handle protrudes outwards. By pulling the handle to drive the middle shaft to move, the middle shaft departs from the hooks, thereby unlocking the seat base.

In one embodiment, the elastic element is a tension spring. The middle shaft may reset under an elastic restoring force of the tension spring, so as to achieve locking. The present invention has a simple structure and is easy to control.

Compared with the prior art, in the present invention, the upper rods and the lower rods are pivoted on the main supporting rods and are pivoted on the two ends of the seat base respectively, so that the rotatable seat rack is formed, thereby realizing the folding of the seat rack. Furthermore, the upper end of each of the main supporting rods is mounted with the hook, and a bottom portion of the seat base is disposed with the middle shaft capable of moving freely. Under a restoring force of the elastic element, the middle shaft is automatically hooked by the hooks, so that the whole seat rack is locked, thereby preventing the seat rack from being folded unexpectedly during traveling to incur dangers. After the whole seat rack is folded, the folding bicycle can save a large amount of storage room, thereby making the traveling and carrying very convenient.

These and other aspects of the present invention will become apparent from the following description of the preferred embodiment taken in conjunction with the following drawings, although variations and modifications therein may be affected without departing from the spirit and scope of the novel concepts of the disclosure.

### BRIEF DESCRIPTION OF THE DRAWINGS

Further features and benefits of the present invention will be apparent from a detailed description of preferred embodiments thereof taken in conjunction with the following drawings, wherein similar elements are referred to with similar reference numbers, and wherein:

FIG. 1 is a side structural view of a seat rack according to one embodiment of the present invention;

FIG. 2 is a bottom perspective view of a seat rack according to one embodiment of the present invention;

FIG. 3 is an exploded side view of a seat rack according to one embodiment of the present invention;

FIG. 4 is a side view of a seat rack when it is unfolded according to one embodiment of the present invention; and

FIG. 5 a side view of a seat rack when it is mounted on a foldable motorized vehicle and completely folded according to one embodiment of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention is more particularly described in the following examples that are intended as illustrative only since

US 8,720,995 B2

3

numerous modifications and variations therein will be apparent to those skilled in the art. Various embodiments of the invention are now described in detail. Referring to the drawings, like numbers indicate like components throughout the views. As used in the description herein and throughout the claims that follow, the meaning of "a", "an", and "the" includes plural reference unless the context clearly dictates otherwise. Also, as used in the description herein and throughout the claims that follow, the meaning of "in" includes "in" and "on" unless the context clearly dictates otherwise. Additionally, some terms used in this specification are more specifically defined below.

The terms used in this specification generally have their ordinary meanings in the art, within the context of the disclosure, and in the specific context where each term is used. Certain terms that are used to describe the disclosure are discussed below, or elsewhere in the specification, to provide additional guidance to the practitioner regarding the description of the disclosure. The use of examples anywhere in this specification, including examples of any terms discussed herein, is illustrative only, and in no way limits the scope and meaning of the disclosure or of any exemplified term. Likewise, the disclosure is not limited to various embodiments given in this specification.

Prior to a detailed description of the present invention(s), the following definitions are provided as an aid to understanding the subject matter and terminology of aspects of the present invention(s), and not necessarily limiting of the present invention(s), which are expressed in the claims. Whether or not a term is capitalized is not considered definitive or limiting of the meaning of a term. As used in this document, a capitalized term shall have the same meaning as an uncapitalized term, unless the context of the usage specifically indicates that a more restrictive meaning for the capitalized term is intended. A capitalized term within the glossary usually indicates that the capitalized term has a separate definition within the glossary. However, the capitalization or lack thereof within the remainder of this document is not intended to be necessarily limiting unless the context clearly indicates that such limitation is intended.

As used herein, "around", "about" or "approximately" shall generally mean within 20 percent, preferably within 10 percent, and more preferably within 5 percent of a given value or range. Numerical quantities given herein are approximate, meaning that the term "around", "about" or "approximately" can be inferred if not expressly stated.

As used herein, the terms "comprising," "including," "having," "containing," "involving," and the like are to be understood to be open-ended, i.e., to mean including but not limited to.

Embodiments of the present invention are described below with reference to the accompanying drawings, and in the accompanying drawings like reference numerals represent like elements.

As shown in FIG. 1, FIG. 2 and FIG. 3, a seat rack 100 according to the present invention is mounted between a body rack 200 and a seat 300, and includes main supporting rods 1, upper rods 2, lower rods 3, a seat base 4, hooks 5, a tension spring 6, and a handle 7. Lower ends of the main supporting rods 1 are fixed on two sides of the body rack 200 respectively. Lower ends of the upper rods 2 are pivoted on upper ends of the main supporting rods 1 respectively. Upper ends of the upper rods 2 are pivoted on two sides of a front end of the seat base 4 respectively. Lower ends of the lower rods 3 are pivoted on middle portions of the main supporting rods 1 respectively. Upper ends of the lower rods 3 are pivoted on two sides of a rear end of the seat base 4 respectively. The hooks 5 are

4

fixed on the upper ends of the main supporting rods 1 respectively. One side of an upper end of each of the hooks 5 is opened with an opening 51 facing backwards towards the seat 300. The seat base 4 has a middle shaft 41. Middle portions on two sides of the seat base 4 each are opened with a slide slot 42. Two ends of the middle shaft 41 pass through the slide slots 42 freely and are hooked by the openings 51 of the hooks 5. One end of the tension spring 6 is fixed on the front end of the seat base 4, and the other end of the tension spring 6 is fixed on the middle shaft 41. One end of the handle 7 is fixed on the middle shaft 41, and the other end of the handle 7 protrudes backwards from the seat 300. The handle 7 can drive the middle shaft 41 to depart from the hooks 5, thereby unlocking the seat base 4.

As shown in FIG. 4 and FIG. 5, the two main supporting rods 1 are fixed on the two sides of the body rack 200 in a forwards inclined manner. The upper rods 2, the lower rods 3, and the seat base 4 form the seat rack 100. The seat 300 is fixed on an upper surface of the seat base 4. When the seat rack 100 is completely unfolded, the upper rods 2 and the lower rods 3 support the seat base 4 so that the seat base 4 is level. The tension spring 6 pulls the middle shaft 41 so that the middle shaft 41 is located at left ends of the slide slots 42. At the moment, the two ends of the middle shaft 41 are located in the openings 51 of the hooks 5, and the middle shaft 41 is fixed, so that the seat base 4 is fixed, thereby achieving locking. When the seat rack 100 is required to be folded, the handle 7 is pulled backwards manually, the handle 7 drives the middle shaft 41, and the middle shaft 41 moves from the left ends of the slide slots 42 to right ends of the slide slots 42, so that the two ends of the middle shaft 41 depart from the openings 51 of the hooks 5, and meanwhile the tension spring 6 is pulled, and the seat rack 100 is unlocked. At the moment, the seat 300 can be pushed to rotate backwards, and the seat 300 rotates backwards to drive the seat base 4 to rotate, so that the upper rods 2 rotate about the positions where the upper rods 2 are pivoted on the main supporting rods 1, the lower rods 3 rotate about the positions where the lower rods 3 are pivoted on the main supporting rods 1, and finally the seat 300 is folded on right sides of the main supporting rods 1.

In the present invention, the upper rods 2 and the lower rods 3 are pivoted on the main supporting rods 1, and are pivoted on the two ends of the seat base 4 respectively, so that the rotatable seat rack 100 is formed, thereby realizing the folding of the seat rack 100. Furthermore, the upper end of each of the main supporting rods 1 is mounted with the hook 5, and a bottom portion of the seat base 4 is disposed with the middle shaft 41 capable of moving freely. Under a restoring force of the tension spring 6, the middle shaft 41 is automatically hooked by the hooks 5, so that the whole seat rack 100 is locked, thereby preventing the seat rack 100 from being folded unexpectedly during traveling to incur dangers. Furthermore, the middle shaft 41 is disposed with the handle 7, and only the handle 7 is required to be pulled to unlock and fold the seat 300, thereby achieving a simple structure and use convenience. After the whole seat rack 100 is folded, the folding bicycle can save a large amount of storage room, thereby making the traveling and carrying very convenient.

Sizes and mounting methods of the main supporting rods 1 and the seat 300 involved in the seat rack 100 according to the present invention are all known to those of ordinary skill in the art, which will not be elaborated herein.

While there has been shown several and alternate embodiments of the present invention, it is to be understood that certain changes can be made as would be known to one skilled in the art without departing from the underlying scope of the present invention as is discussed and set forth above and

US 8,720,995 B2

5

below including claims. Furthermore, the embodiments described above and claims set forth below are only intended to illustrate the principles of the present invention and are not intended to limit the scope of the present invention to the disclosed elements.

What is claimed is:

1. A foldable seat rack for use with a body rack and a seat of a foldable motorized vehicle, comprising:
(a) main supporting rods;
(b) upper rods;
(c) lower rods;
(d) a seat base;
(e) hooks; and
(f) an elastic element,
wherein lower ends of the main supporting rods are fixed on two sides of the body rack respectively when in use, lower ends of the upper rods are pivoted on upper ends of the main supporting rods respectively, upper ends of the upper rods are pivoted on two sides of a front end of the seat base respectively, lower ends of the lower rods are pivoted on middle portions of the main supporting rods respectively, upper ends of the lower rods are pivoted on

6

two sides of a rear end of the seat base respectively, the hooks are fixed on the upper ends of the main supporting rods respectively, the seat base has a middle shaft, middle portions on two sides of the seat base are opened with slide slots, two ends of the middle shaft pass through the slide slots freely and are hooked by the hooks, one end of the elastic element is fixed on the front end of the seat base, and the other end of the elastic element is fixed on the middle shaft.

2. The foldable seat rack according to claim 1, wherein one side of an upper end of each of the hooks is opened with an opening facing backwards towards the seat when in use, and the openings hook end portions of the middle shaft.

3. The foldable seat rack according to claim 1, wherein the seat rack further comprises a handle, one end of the handle is fixed on the middle shaft, and the other end of the handle protrudes outwards.

4. The foldable seat rack according to claim 1, wherein the elastic element is a tension spring.

5. A foldable motorized vehicle comprising a foldable seat rack according to claim 1.

*   *   *   *   *

# **EXHIBIT B**





MEDTRADE    MEDTRADE SPRING



**October 20-23, 2014**
Georgia World Congress Center • Atlanta, GA

| 000 | 00 | 00 |
|---|---|---|
| DAYS | HOURS | MINUTES |



HOME | **SHOW** | ATTENDEE | EXHIBITOR | CONFERENCE | PRESS | HOTEL & TRAVEL | NEWS

## 2014 Exhibitor List

Company Search

Keyword Search

Category   ▼   -   ▼

Pavilion   ▼

New Exhibitor: ☐

[Search] [Clear]

🖨 Print      🔍 Search Featured Products

☑ Entry in New Product Showcase     Premium Listing

Exhibitors: 498

| Company | Booth |
|---|---|
| +MD | 1219 |
| 101 Mobility | 1967 |
| 3B/BMC | 1311 |
| A Perfect Medical Billing Service | 1957 |
| A/R Allegiance Group | 1249 |
| Abena North America | 1663 |
| Absorbent Products Company Inc | 2066 |
| Access4u Inc | 1118 |
| Accreditation Comm For Health Care Inc | 2053 |
| ACON Laboratories, Inc. | 1053 |
| Action Bag Co | 2230 |
| Acu-Serve Corp | 915 |
| ADMEA | 1405 |
| Aetrex Worldwide | 1125 |
| **Afflovest by Int'l Biophysics Corp** | 2469 |
| Afikim Electric Vehicles | 2205 |
| Aftermarket Group, The | 2115 |
| ☑ **AG Industries** | 2054 |
| Air Kinetic Technologies Corp. | 2526 |
| Alex Orthopedic Inc | 1634 |
| ☑ Alimed Incorporated | 1044 |
| Ameda, Inc. | 2351 |

**ATTENDEE REGISTRATION** >

**APPLY TO EXHIBIT NOW** >

**Quick Links**

Exhibitor List >
Floor Plan >
Exhibitor Resource Center >



preview. plan. connect.

Make the most of your time at Medtrade with this powerful planning tool.

Attendees Connect »

Update your profile, directory listing and connect with the audience.

Exhibitors Connect »



American Access, Inc. 1026
American Association For Homecare 1405
American Diagnostic Corp 2437
American Excelsior Company 1356
American Express OPEN 1467
American Healthcare Capital 1571
American Kenda Rubber 1625
American Scientific Resources (ASR) Inc 956
**American Standard Brands** 1966
**American Ventures, Ltd.** 1359
Amigo Mobility International Inc 2311
AMS Vans, Inc. 2100
**Amsino International, Inc.** 2632
Anthros PVC Products, LLC 1112
Apex Medical Corp 2148
Apis Footwear Co 1350
**Applied Home Healthcare Equipment** 1527
**ARI** 1131
Arizona Medical Equipment Suppliers Asso 1405
ARKRAY USA 1018
**Arrowhead Healthcare Supply** 937
Asia Connection Co., Ltd. 2049
Aspen Medical Products, Inc 1662
Assistive Design Concepts LLC 804
Associated Cylinder Services 1368
Atex Co., Ltd. 1362
ATHOMES 1405
AYR Medcare 2133
Battery Outlet Inc 1856
Battery Power Solutions 1429
Bauerfeind USA, Inc. 1215
BaX-u Posture Support 1236
Beaumont Products Inc 2557
Beijing Choice Electronic Technology Co Ltd 1309
Bell-Horn 1449
Best Bath Systems 2163
Better Rest Solutions 2561
Big John Products Inc 1952
**Bilt-Rite/Mastex Health** 1036
**Bio Compression Systems Inc** 2419
Bio Protech USA 949
Bio-Back by Medolutions 2534
Bio-Medical Carbon Technology Co., Ltd 1629
Biolight Co., Ltd 2135
**Biomedical Life Systems** 1236
Blue Chip Medical Products Inc 1345
Board of Certification/Accreditation 1934
BodyRyzm LifeSciences 2410
Bonafide Management Systems Inc 1757
Book Hill Park 2655
Bort-Swiss Orthopedic Supply 945
Breathe LLC 1257
Briggs Healthcare/HealthSmart 819





Medtrade Highlight Video



Stay Connected

Medtrade Monday
Sign up to have current industry news delivered to
your inbox weekly.

SIGN UP NOW

Privacy Policy

**Bright Way Group LLC**                                 2370
Brightree                                               2245
Broda Seating                                           1528
Brookwood Companies, Inc                                1734
Brownmed                                                2645
BSN Medical                                             2015
**CABEA Maternity & Hernia Support Wear**               1948
CAIRE                                                   1919
**Care Active**                                         818
CareFusion                                              2257
Caremax Rehabilitation Equipment Co.,LTD                1250
Carex Health Brands                                     2521
CareZips
Carolon Company                                         2361
CastCoverzl                                             1752
Catalina Cylinders                                      1019
CCV Inc                                                 2510
Changzhou Wonsh Ramp Industry Co., Ltd.                 1834
Chattanooga, a DJO Global Brand                         1445
Clarke Health Care Products                             2218
**Clean Safety Inc**                                    1667
Cleanis Inc.                                            1501
ClinicSpectrum Inc                                      832
**CMB Solutions, Inc.**                                 1370
Comfor Tek Seating                                      1171
Comfort Company                                         1336
Comfortland Medical, Inc.                               2266
Comodità LLC                                            1235
Complete Medical Supplies                               1535
Compliance Team, The                                    1732
Computers Unlimited/TIMS Software                       2345
Conduit Office                                          2355
Conni                                                   2666
CONTEC Medical Systems Co., Ltd.                        1248
Contour Products Inc                                    1025
Core Products Intl                                      2533
Cothera                                                 2652
Covidien                                                2021
CPAP Holders                                            2168
Creative Medical International Inc.                     2171
CryoDerm                                                2265
Cryogenic Solutions                                     2427
Curaco, Inc.                                            2304
**Curative Medical Inc.**                               2656
Cure Medical                                            2270
Custom Manufactured Products LLC                        2353
Cybertech Medical                                       2608
Daavlin                                                 2371
Dakota Alert                                            2515
Dalton Medical Corp                                     1318
Danyang Airtech Co., Ltd.                               1462
Danyang Huayi Medical Co., Ltd                          1252
DeRoyal                                                 829
DeVilbiss Healthcare                                    1827

| | |
|---|---|
| Di Blasi Industriale s.r.l. | 1458 |
| DIA-FOOT | 1661 |
| Disc Disease Solutions, Inc. | 2454 |
| DMEevalumate.com | 1034 |
| DOCS, LLC | 1668 |
| ☑ Doctor In The House | 935 |
| Domtar Personal Care | 1837 |
| Dongda Group Development Co Ltd | 2234 |
| Dr Comfort | 1544 |
| DR-HO'S | 2518 |
| Dr. Scholl's Hosiery by Renfro | 1057 |
| Drew Shoe Corp | 2415 |
| ☑ **Drive Medical** | 1617 |
| Dry Corp, LLC | 2551 |
| DSM MEDICAL, LLC | 1159 |
| Eastex Products Inc | 2360 |
| ☑ Easy To Use Products | 812 |
| Eliza Corporation | 2269 |
| Empower Tape Co., Ltd. | |
| Encore Inc | 1269 |
| Equinox 02 Medical | 1669 |
| Equipment Tracking Solutions | 1052 |
| eSolutions | 2450 |
| Essential Medical Supply Inc | 2215 |
| Eurogreen International, Inc. | 1110 |
| ☑ **Evermind, Inc.** | 954 |
| Everrich Industries, Inc. | 2068 |
| Ewheels | 927 |
| ☑ **ExcelHealth Inc.** | |
| Excellent Medical Products | 1013 |
| EZ-ACCESS Homecare Products Inc | 2145 |
| **Fabrication Enterprises Inc** | 2127 |
| FAMES | 1405 |
| Famosa Corp. | 1017 |
| Fashion Alert Medical Jewelry | 953 |
| FDI France Medical SARL | 1769 |
| Finecure Medical Equipment Co., Ltd. | 1730 |
| First Choice Medical Supply | 2468 |
| First Quality Products Inc | 1425 |
| Fisher And Paykel Healthcare | 1644 |
| ☑ Flex-A-Bed Inc | 2433 |
| Florida Alliance of Home Care Services | 1405 |
| Fodac | 2366 |
| FootMate by Gordon Brush | 1770 |
| Ford Commercial Truck | 845 |
| Formosa Cultural Corporation | 1725 |
| Freedom Trax | 2362 |
| ☑ FreeRider USA, Inc. | 1105 |
| FrozenPeaz | 2567 |
| Fudakang Industrial Co Ltd | 1627 |
| Fujimi, Inc | 1152 |
| Future Mobility Products | 2508 |
| GatorGrip | 2665 |

**Gemtress Inc** — 1163
Genadyne Biotechnologies — 2532
Gendron Inc — 2445
Georgia Assoc of Medical Equipment Suppliers — 1405
GF Health Products, Inc. (Graham-Field) — 1911
Glenn Medical Systems Inc — 1029
Global Health Connection, Inc
Global Resources International, Inc. (GRI) — 2471
GMMC Co., Ltd. — 1271
Go! Mobility Solutions — 965
**Golden Technologies Inc** — 2229
Goodmark Medical — 1563
Gooduniform Co., Ltd. — 2271
Gotcha Covered — 1221
Gottfried Medical Inc — 1851
**Granny Jo Products** — 2162
Great Lakes Home Medical Services Assoc — 1405
Green Energy Nano Technology Co., Ltd — 1015
Groupe Bertec — 2659
GS Custom Investments, Inc. — 2612
Guangdong Kaiyang Medical Tech Group Co — 1253
Handicare — 2570
Harvy Surgical Supply Corp — 1245
Heai Force Intl Trading (Shanghai) Co. Ltd. — 1733
Health Call, LLC — 2628
Health Enterprises, Inc. — 2634
Health Market Science — 2633
Healthcare Quality Assn Accreditation — 1853
Healthcare Software Solutions, Inc. — 1448
**Healthcraft Products Inc** — 1601
Healthwares Mfg Corporation — 2210
Healthy Rooms At Home LLC — 848
Helping Hand Company — 931
Hi-Dow International Inc — 1156
HIRA - Health Industry Reps Assoc
HME Media Group — 1600
HME News — 1349
Hollister Incorporated — 1113
Home Medical Equip & Svcs Assoc of NE — 1405
Homecare CRM LLC — 1950
Homecare Magazine — 1930
HOMed Insurance - McNeil & Company — 2157
HotShotz Reusable Heat Packs — 1316
HubScrub Company Inc, The — 1332
Hudson Medical — 1836
Human Design Medical — 1936
Human Touch, LLC — 2644
Hygie Canada Inc. — 826
**I-SENS USA Inc** — 1260
iManageAR — 919
IN BED MED RECOVERY, LLC — 1320
In-Trust Technology Co., Ltd — 1153
INADA Massage Chairs — 1457
IND Consulting LLC — 834

| | |
|---|---|
| IND Consulting LLC | 854 |
| Independence Medical | 2223 |
| Innovative Medical Equipment | 1352 |
| Innovative Products Unlimited | 1369 |
| Inova Labs | 2152 |
| InSight Mobile Data | 1267 |
| Interstate Narrow Fabrics, Inc. | 808 |
| Intromark Inc | 1334 |
| Invacare Corporation | 2005 |
| Inventory Solutions, Inc. | 1237 |
| It's You Babe, LLC | 1758 |
| iWALKfree, Inc. | 1263 |
| Jersey Assoc of Medical Equipment Svcs | 1405 |
| Jiashan Kanglida Therapy Equipment Co., Ltd | 2431 |
| Joerns RecoverCare | 1208 |
| Joint Commission, The | 2553 |
| Joni & Friends | 2308 |
| Juzo | 2463 |
| K2 Health Products | 1231 |
| Kap Medical | 1553 |
| KC Store Fixtures | 744 |
| Kimberly Clark Corp | 2262 |
| Kinetec USA | 1471 |
| Kinetic Revolutions | 1268 |
| Kinsman Enterprises | 1051 |
| Kirton Healthcare | 969 |
| KLC Services Inc | 1366 |
| L S & S | 1161 |
| Laminin Medical Products | 2635 |
| Lantiseptic - Summit Industries | |
| Lavin Lift Strap | |
| Leoch Battery Corp | 2263 |
| Lifestyle Mobility Aids | 928 |
| Limbkeepers | 859 |
| Linak US Inc | 1852 |
| Linear | 933 |
| LIQUAGUARD Solutions | |
| LogicMark LLC | 1635 |
| Long Jiang Electromechanical Products Co | 1048 |
| LPMF Labs | 2614 |
| Lucina Care | 2530 |
| Lympha Press USA Ltd | 2119 |
| Maddak Inc | 1954 |
| Masimo | 836 |
| Maxhealth Corporation | 2045 |
| Maxtec | 2256 |
| McKesson Medical-Surgical | 1945 |
| MED Group, The | 1431 |
| Med-Essentials LLC | 951 |
| Medbasix | 2357 |
| MedCenter Systems, LLC | 810 |
| Medela Inc | 2226 |
| Medforce Technologies | 1045 |
| medi USA | 1953 |

Case 1:14-cv-03399-AT    Document 1   Filed 10/22/14    Page 31 of 48

| Medi-Stim Inc | 2660 |
|---|---|
| Medical Device Specialty | 1168 |
| Medical Equipment Suppliers Association | 1405 |
| Medical Financial Resources, LLC | 2663 |
| Medical Specialties Distributors, LLC | 1531 |
| Medicare Contractors | 1509 |
| **Mediware Information Systems** | 1033 |
| Medline Industries Inc | 811 |
| MEDQUIP | 1617 |
| MedRock, Inc. | 1162 |
| Meridian Medical | 825 |
| Merits Health Products Co., Ltd. | 911 |
| MHI Safe-er-Grip | 2169 |
| Michigan Association for Home Care | 1405 |
| MicroBase Technology Corp. | 1832 |
| Microlife Corporation | 1256 |
| Midwest Assoc for Medical Equip Services | 1405 |
| MIH International | 1363 |
| **Mike Sperduti Companies** | 2509 |
| Millennial Medical | 2052 |
| Milliken Medical | 1453 |
| Mixed Creations Co. Ltd (Lei-Ou Factory) | 2051 |
| MK Battery | 2323 |
| Mobility Enhancement, LLC | |
| Moteck Electric Corp | 2236 |
| **Motivo** | 955 |
| Naqi | 2650 |
| Narrative Apparel | 855 |
| National Ramp | 1355 |
| Nbryte LLC | 858 |
| NC Association of Medical Equipment Services | 1405 |
| NCART | 2307 |
| Nearly Me Technologies | 1330 |
| Nestle Health Science | 1849 |
| Ningbo Grandsea International Co., Ltd. | 2150 |
| Ningbo KangMaiLong Med Apparatus Co. Ltd | 1729 |
| Ningbo Shenyu Medical Equipment Co., Ltd. | 1404 |
| No Mo "O" | 2668 |
| Noble House-The Comp Remedy | 2536 |
| Nonin Medical Inc. | 1212 |
| North Coast Medical Inc. | 2067 |
| Nova Medical Products | 1437 |
| Novitas Medical | 2662 |
| NRRTS | 2409 |
| NuFoot-Beyond Barefoot | 1014 |
| NYMEP | 1405 |
| O2 Concepts LLC | 835 |
| Oestar Technology, Inc. | 1157 |
| Ohio Association of Medical Equipment | 1405 |
| Olympia Global Company Limited | 1659 |
| OmniSYS | 844 |
| Oplink Connected | 1062 |
| OPTEC USA, Inc | 1348 |

| | | |
|---|---|---|
| | OptimComfort, Inc | 2309 |
| | Ormandy Software | 852 |
| | Orthofeet Inc | 1209 |
| | Ossur Americas | 2321 |
| | Pain Management Technologies | 2517 |
| | PARO Robots, U.S. Inc. | 2654 |
| | Patient Care Pharmacy | 1754 |
| | Patient Home Monitoring | 2669 |
| | Patientco | 2367 |
| | Patterson Medical | 1258 |
| | PDC Restorer, LLC | 1768 |
| | PediFix Footcare Co. | 1314 |
| | Pennsylvania Assoc of Medical Suppliers | 1405 |
| ☑ | Pepin Mfg Inc | 2166 |
| ☑ | Performance Health | 1063 |
| ☑ | PERRY INNOVATIONS | 1867 |
| | Pharma Supply Inc | 1158 |
| | Pharmacists Mutual Companies | 2261 |
| ☑ | **Philips Respironics Inc** | 1711 |
| | Point-of-Rental System | 1270 |
| | Poly-Gel Inc. | 2208 |
| | PPM Fulfillment | 2563 |
| | Prairie View Industries | 1145 |
| | Precision Medical Inc | 1325 |
| | Prestige Medical | 2649 |
| | Presto Absorbent Products, Inc. | 2555 |
| | **Pride Mobility Products** | 1605 |
| | Prime Life Fibers/Wearever | 1016 |
| | Primus Medical | 2616 |
| | Principle Business Enterprises Inc | 1926 |
| | Prism Medical | 1200 |
| | Prius Healthcare USA | 850 |
| | Proactive Medical Products | 1566 |
| | Progressive Wound Care | 2629 |
| | Q Motion LTD | 1354 |
| | QPS Promotions | 1666 |
| | QS/1 | 1736 |
| | Quinn Medical | 1764 |
| | Ralon Medical Equipment Co., Ltd | 1149 |
| | RAM Mounting Systems | 963 |
| | Ratermann Manufacturing, Inc. | 1500 |
| | ReadyCare Medical Design | 1301 |
| | Rejuva Compression Wear from Dr Comfort | 1762 |
| | RemitDATA | 1932 |
| ☑ | RemZzzs | 1756 |
| | Repair Xpress | 1665 |
| ☑ | ResMed | 1317 |
| | RESNA | 2406 |
| | Responsive Respiratory Inc | 1653 |
| | Reverie | 2671 |
| | Revsuppliance | 2369 |
| | Rifton Equipment | 2209 |
| | River City Pharma | 2657 |
| | **Roadnet Technologies** | 2569 |

Medtrade - Exhibitor List

| | | |
|---|---|---|
| ☑ | Roscoe Medical | 1516 |
| | Rose Health Care | 1010 |
| | Rotec International | 1065 |
| | Royal Medical Solutions, Inc. | 2170 |
| | RYU Medical USA, Inc. | 958 |
| | Salter Labs | 828 |
| | **SCA Personal Care** | 2059 |
| | SCMESA | 1405 |
| | Scott Specialties Inc | 1857 |
| | Seawon Meditech Co., Ltd. | 1670 |
| | Secretariat of Barrier Free | 2364 |
| | Shang Chiao Co., Ltd. | 1728 |
| | Shanghai Carelife International Trading Co Ltd | 1735 |
| | Shanghai H.D.K. Healthcare Products Co., | 1251 |
| | Shanghai Intco Medical Supply Co. | 1054 |
| | Shaoxing Yikang Imp. & Exp., Co., Ltd | 1408 |
| | Shenxing Healthcare Technology Co. Ltd. | 1631 |
| ☑ | SIGVARIS Inc | 1845 |
| | Silipos | 830 |
| | Singa Technology Corporation | 1255 |
| | Sky Med | 1128 |
| ☑ | **SlumberBump, LLC** | 1671 |
| | Smart Caregiver Corp | 1831 |
| | Smart Crutch, Inc | 1567 |
| | Snug Seat Inc | 1070 |
| | Social Solution Products | 2667 |
| | Solax Technology Limited | 1335 |
| | Sonic World Co Ltd | 1569 |
| | Sonobond Ultrasonics | 2651 |
| | Sore No More Natural Pain Relieving Gels | 2153 |
| | Span-America Medical Systems | 2315 |
| | SPAR Solutions | 1760 |
| | Spenco Medical Corp | 1262 |
| | Stander Inc | 1119 |
| ☑ | Stander's New Product Premier | 1115 |
| ☑ | **Steady Enterprises, LLC** | 814 |
| ☑ | Step Dynamics, LLC | |
| | Sterling Distributors | 1069 |
| | Strategic AR | 2356 |
| | Stridelite | 2653 |
| | Sunbeam Enterprises | 1165 |
| | Sunjoy Enterprises Ltd. | 2137 |
| | Sunny Distributor Inc | 1050 |
| | Sunset Healthcare Solutions | 1833 |
| | Supermax Healthcare/Aurelia Gloves | 1633 |
| | Suzhou Sunning Underpad Co Ltd | 1151 |
| | Suzhou Sweetrich Vehicle Ind Tech Co Ltd | 1114 |
| ☑ | Swede-O Inc | 1753 |
| | **Synergy** | 1866 |
| | Talley Medical | 2670 |
| | TeamDMEI Inc | 1637 |
| | Techna Healthcare | 2200 |
| | TFI HealthCare | 1944 |

| | | |
|---|---|---|
| | Therafirm, A Div of Knit-Rite, Inc | 1828 |
| | Therapeutic Dimensions, Inc. | 2063 |
| | Therasigma | 2460 |
| | ThermoTek Inc | 2514 |
| | Thumper Massager Inc. | 824 |
| | TidyTop | |
| | Time Out Products | |
| | TiMotion Technology Co. Ltd | 1137 |
| | TJ Rampit USA Inc | 1367 |
| ✓ | Top & Derby Limited | 1767 |
| | Torbot Group | 820 |
| | Total Vein Systems | 1464 |
| | TrackAbout Inc. | 2365 |
| | Transfer Master Products Inc | 2252 |
| ✓ | TransferPants | 2310 |
| | Trausim | 2568 |
| | Travel Ramp, Inc. | 1169 |
| | Tridien Medical | 1745 |
| | Trolli Master Sdn. Bhd. | 2131 |
| | Tronjen Technology Inc | 1111 |
| | Truform-OTC/PCP | 1227 |
| | TZMO USA, Inc. | 2368 |
| | Tzora Active Systems Ltd | 2537 |
| | UK Trade Days | 1068 |
| | UNEO Inc. | 1011 |
| | Unique Wellness | 2470 |
| | United States Postal Service | 1461 |
| | United States Power Soccer Association | 854 |
| | Universal Software Solutions Inc | 2636 |
| | University of Pittsburgh/RSTCE | 2408 |
| | Valentine International Ltd | 1737 |
| | VALEO Corporation | 1109 |
| | Valor Enterprise Co., Ltd | 1724 |
| | Veridian Healthcare, LLC | 2545 |
| | Verus Healthcare, Inc. | 2464 |
| | VGM Group, The | 1927 |
| | Virginia Assoc of Durable Medical Equipment. | 1405 |
| | Virtuox | 2055 |
| | Vista International Corp | 1305 |
| | Vitility | 2613 |
| | VQ Orthocare | 1657 |
| | Whill, Inc. | 857 |
| | Wisconsin Assoc of Medical Equip Svcs | 1405 |
| | Won Industry Co. | 1470 |
| | XBACK Bracing Services, Inc | 856 |
| | Yamaha Motor IM America, Inc. | 2268 |
| | Young Won Medical Co., Ltd | 1466 |
| | Zhejiang Jiecang Linear Motion Tech Co. | 2232 |
| ✓ | ZOOMWORKS | 2637 |

**Exhibitors: 498**

✓ Entry in New Product Showcase     Premium Listing

**TOOLS**
* FAQ
* Floor Plan
* About Us
* Contact Us
* Site Map

**BRANDS**
* Medtrade
* Medtrade Spring

**FOLLOW US**

   

**PARTNERS**
* American Association for Homecare
* Homecare Works

© 2013 Emerald Expositions All rights reserved. Terms of Use | Privacy Policy

Contact Us    About Medtrade Connect

Login to Medtrade Connect Now or Register for Medtrade 2014 Now

Select Language    ▼ Powered by Google Translate



► October 20-23, 2014    Solutions to Build and Grow
Georgia World Congress Center



Home   **Products**   **Exhibitors**   Floor Plan   Booth Events/Show Specials   Sessions   Announcements



**Merits Health Products Co., Ltd.**
Exhibitor
Booth Number: 911
➕ Add to Planner
🗨 New Private Message
📅 Make an Appointment

**Contact Info:**

| | |
|---|---|
| Email: | taiazzone@meritshealth.com |
| Phone: | **(800) 963-7482 x253** |
| Website: | www.meritshealth.com |
| Address: | **730 NE 19th Place** **Cape Coral, FL 33909** **United States** |

🔽 More

**Main Contact:**
(800) 963-7482 x253
taiazzone@meritshealth.com

## Booth Events/Show Specials:

This year Merits will be displaying 9 or more new products for 2015

Categories: Wheelchairs - Power, Beds & Mattresses - Electric Beds, Scooters & Accessories - Compact/Travel, Walkers & Rollators - Rollators, Aids To Daily Living - Bathing

## About the Company:

We, at Merits Health Products Inc. are the distributor of Merits Health Products Co., LTD, manufactured products. We specialize in manual and power wheelchairs, scooters, walkers, canes, bath benches, commodes, grab bars, aluminum underarm crutches, rollators, electric beds, oxygen concentrators, and compressor-type nebulizers. We are always developing & adding new lines to suit your patient needs. Come see the NEW power chairs, scooters, beds and manual chairs and patient aids for 2015

Medtrade Connect Sponsors:

                    

© 2014 Emerald Expositions | Read our Privacy Policy.
GoExpo v4.12.20, Copyright © 2006-2014 GoExpo LLC.

# **EXHIBIT C**

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| 1. A foldable seat rack for use with a body rack and a seat of a foldable motorized vehicle, comprising: | Although not a limitation on Claim 1, Defendants' S542 Scooter includes a foldable seat rack, as shown below: |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| (a)  main supporting rods, |  |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| (b) upper rods |  |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| (c)  lower rods |  |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| (d) a seat base | |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| (e) hooks; and | Defendants' S542 Scooter includes hooks that engage post structures on the main supporting rods, as shown below:<br><br> |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| (f)  an elastic element, | Defendants' S542 Scooter includes an elastic element.<br><br> |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| wherein lower ends of the main supporting rods are fixed on two sides of the body rack respectively when in use, | |
| lower ends of the upper rods are pivoted on upper ends of the main supporting rods respectively, | |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| upper ends of the upper rods are pivoted on two sides of a front end of the seat base respectively, | |
| lower ends of the lower rods are pivoted on middle portions of the main supporting rods, respectively | |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| upper ends of the lower rods are pivoted on two sides of a rear end of the seat base respectively, | |
| the hooks are fixed on the upper ends of the main supporting rods respectively, | This limitation is met through the doctrine of equivalents.  The hooks in the Accused Scooter are integrally formed in to the seat base and are designed to engage with posts formed at the junction of the main supporting rods and upper rods.<br><br>The hooks in the Accused Scooter perform the same function, which is to retain the seat base in a locked position with respect to the supporting rod, as the hooks in this limitation.  A person of ordinary skill in the art would recognize that the location of the Accused Scooter's hooks are a trivial variation of this limitation. |

Verified Complaint, Exhibit C

| CLAIM ELEMENT | USE OF '995 PATENT BY DEFENDANTS |
|---|---|
| the seat base has a middle shaft, middle portions on two sides of the seat base are opened with slide slots, two ends of the middle shaft pass through the slide slots freely and are hooked by the hooks, | This limitation is met through the doctrine of equivalents.  The posts in the Accused Scooter are formed at the junction of the main supporting rods and upper rods and are designed to lock into place in the seat base through the hooks that are integrally formed therein.<br><br>The posts in the Accused Scooter perform the same function, which is to engage the hooks and retain the seat base in a locked position with respect to the supporting rod, as the middle shaft in this limitation.  A person of ordinary skill in the art would recognize that the use of the Accused Scooter's posts are a trivial variation of this limitation. |
| one end of the elastic element is fixed on the front end of the seat base, and the other end of the elastic element is fixed on the middle shaft. | This limitation is met through the doctrine of equivalents.  The elastic element in the Accused Scooter is formed at an upper rod and is designed to releasably lock into place in the seat base through the hooks that are integrally formed therein.<br><br>The elastic element in the Accused Scooter performs the same function, which is to engage the hooks and retain the seat base in a locked position with respect to the supporting rod, as the elastic element in this limitation.  A person of ordinary skill in the art would recognize that the use of the Accused Scooter's posts are a trivial variation of this limitation. |